USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/22/2019

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

LESHAWN DAWSON, on behalf of himself and all others similarly situated,

           Plaintiffs,

-against-

SCENTSY, INC.

           Defendant.

Case No. 1:19-cv-06680-LGS
**STIPULATION OF DISMISSAL**
**WITH PREJUDICE**

    **IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel, that the above-entitled action against Defendant, shall be and hereby is dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Dated:    Brooklyn, New York
           November 21, 2019

By: _____
Joseph H. Mizrahi, Esq.
Cohen & Mizrahi LLP
300 Cadman Plaza West, 12th Fl.
Brooklyn, New York 11201
joseph@cml.legal
*Attorneys for Plaintiff*

By: _____
Amanda Beane, Esq.
Perkins Coie LLP
1201 Third Avenue Suite 4900
Seattle, WA 98101
ABeane@perkinscoie.com
*Attorneys for Defendant*

SO ORDERED.
Dated: November 22, 2019
New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**